CV 22-00287 LEK-KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 29, 2022
PAM HARTMAN BEYER, CLERK OF COURT
At  10  oclock and  55  min  am

[✔] ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ] ORDER SETTING STATUS CONFERENCE

for **Monday, August 29, 2022** at 9:30 a.m. before:

[ ] Magistrate Judge Rom Trader via AT&T conference (Call: 1-888-363-4735 / Access Code 2070326)

[ ] Magistrate Judge Wes Reber Porter via AT&T conference (Call: 1-888-278-0296 / Access Code: 8224751)

[✔] Magistrate Judge Kenneth J. Mansfield via AT&T conference (Call: 1-877-848-7030 / Access Code 2123668

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Wednesday, June 29, 2022.

/s/ J. Michael Seabright
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date      June 29, 2022       Signature _____
                                         Atty ( ) Secy ( ) Messenger ( )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.  PLEASE DO NOT REMOVE.**