FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
22 Aug. 2022 4:44 PM lrs
Pam Hartman Beyer, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Hawaii
Civil DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

TRENTEX Fabrics, LTC.

*(Write the full name of each plaintiff who filed the complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

NTKN, Inc., Shaka Time Inc., Visual Internet Solutions Inc., + us → Tropiholic Inc.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**The Defendant's Answer to the Complaint**

Case No. 22-00287 LEK-KJM

Jury Trial: ?  ☐ Yes  ☐ No (It seems like a jury trial was requested.)
(check one)

**REF: Case No. 22-00287LEK-KJM**
Date: 08/12/22

Plaintiff
Trendtex Fabrics, LTC.

Defendant
Tropiholic Inc.
8321 SE Royal St.
Hobe Sound, FL 33455

We have been wrongfully accused by Trendtex Fabrics, LTC of Copyright Infringement.
I do not produce merchandise. I simply purchase merchandise from manufacturers. The prints mentioned in the Documents are from a longtime business called KY's Hawaii aka NTKN Inc.
We deal with many manufacturers and have for decades. We have never run into any such issues. There is absolutely, no way to check every single product that we purchase for copyright issues. We have dealt with many reputable manufacturers in Hawaii for 3 generations including KY's / NTKN, whose fabric you are claiming to be in violation. We have bought many clothing items in many different fabrics from Ky's over the course of decades. How would I or anyone else know that there are a - <u>few, specific prints</u> - out of many that may have copyright issues? I do not know this company Trentex Fabrics. I did not even know it existed until a few months ago.

When we were approached for the first time it was in the form of an email from The Duboff Law Group that I later found in my SPAM folder. The next time I was mailed a certified letter that was returned as I was out of town trying to heal from the recent loss of our son. Our son's birthday is April 12 the date of the initial letter and contact. We were not home.

When I read the letter in my SPAM folder, quite honestly, at first, I thought it was a hoax because the prints mentioned were from a long standing Company, Ky's, that we have carried many prints from over the span of decades with no issue. Again, I did not know this Company, Trendtex even existed. After investigating the law firm and the business website I realized that the letter was legitimate which frightened me as the numbers mentioned, to settle something I had nothing to do with, were very large. One hundred thousand dollars basically threw me into shock and made me sick to my stomach as that would break us financially. I have lost a lot of sleep over this not because we are guilty of anything but, because we do not have the funds to hire lawyers, fight big Corp, or Legal Firms. We are just a very small family business that is run from our home. We are already dealing with too much. I contacted Ky's / NTKN Inc and they said that their lawyers were handling it.

I have removed the 2 prints in question from our website and no longer sell it. At this time we do not even have a storefront so the prints in question are not for sale anywhere by us.

Business has been difficult for everyone these past few years. At the most we should have just been notified or had KY's notify us to remove the prints from our website until this is settled. I have no clue what Trendtex's agreement is with KY's for material or manufacture or when or how this all came about. I do not see any of the prints mentioned in the court documents anywhere on Trendtex website. How would anyone know or do a background check on every single thing that is presented for sale from manufacturers? It is impossible. That is up to the manufacturer.

**REF: Case No. 22-00287LEK-KJM**

I am humbly requesting the Courts to dismiss this false accusation against our business of Copyright Infringement. We are simply a reseller just like so many others. I don't appreciate being singled out and being caused undue hardship for something I have no control over or involvement with. We, like many others, simply purchase an end product. For all we know this is a frivolous claim as we do not know the circumstances surrounding any agreements by the manufacturer KY's / NTKN Inc and Trendtex Fabrics.

Sincerely,
Roxanne Howard
Tropiholic Inc.

*Roxanne Howard*
*President, Tropiholic Inc.*