Leonard D. DuBoff, *Pro Hac Vice*
Edward T. Fu, *Pro Hac Vice*
The DuBoff Law Group, PC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Fax: (503) 868-7228
Email: lduboff@dubofflaw.com
Email: efu@dubofflaw.com

Leo Y. Shimizu            010978
Go Law Office LLLC
1441 Kapiolani Blvd. Ste. 910
Honolulu, HI 96814
Telephone: (808) 679-2049
Facsimile: (808) 425-4717
Email: leo@golaw-hi.com

Attorneys for Plaintiff
TRENDTEX FABRICS, LTD.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| TRENDTEX FABRICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NTKN, INC., a Hawaii corporation; HUNG KY, an individual; SHAKA TIME, INC., a Hawaii corporation; TROPIHOLIC, INC., a Florida corporation <br><br> Defendants. | Case No. 1:22-cv-00287-LEK-KJM <br><br> PLAINTIFF'S MOTION TO STRIKE DEFENDANT TROPIHOLIC, INC.'S ANSWER FILED AUGUST 22, 2022 <br><br> Judge: Hon. Kenneth J. Mansfield |

Plaintiff Trendtex Fabrics, Ltd. ("Plaintiff" or "Trendtex"), by and through

its attorneys, The Duboff Law Group, PC (Pro Hace Vice) and Go Law Office LLLC, hereby moves the Court for an Order striking Defendant Tropiholic, Inc.'s Answer [ECF 40], filed August 22, 2022.

This motion is brought pursuant to Rule 7 and Rule 12(f) of the Federal Rules of Civil Procedure and Local Rule 81.1(b) of the Rules of the District Court for the District of Hawaii and is based on the memorandum in support of motion, the records, and files herein, and should the Court require, arguments at a hearing of this motion.

DATED:  Honolulu, Hawaii, September 8, 2022.

/s/ Leo Shimizu
LEONARD D. DUBOFF
EDWARD T. FU
LEO Y. SHIMIZU

Attorneys for Plaintiff TRENDTEX FABRICS, LTD.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| TRENDTEX FABRICS, LTD.,<br><br>  Plaintiff,<br><br> v.<br><br>NTKN, INC., a Hawaii corporation; HUNG KY, an individual; SHAKA TIME, INC., a Hawaii corporation; TROPIHOLIC, INC., a Florida corporation<br><br>  Defendants. | Case No. 1:22-cv-00287-LEK-KJM<br><br>MEMORANDUM IN SUPPORT OF MOTION |

## MEMORANDUM IN SUPPORT OF MOTION

Defendant Tropiholic, Inc. ("Tropiholic") has failed to comply with Local Rules of Practice for the United States District Court for the District of Hawaii ("LR") when filing its Answer in the current matter. Therefore, Plaintiff respectfully moves that the offending pleading be stricken.

LR 81.1 (b) provides as follows:

> **(b) Entities Other than Individuals.** Entities other than individuals, including but not limited to corporations, partnerships, limited liability partnerships or corporations, trusts, community associations, and unions, must be represented by an attorney.

Here, Tropiholic's Answer was filed on August 22, 2022 [ECF No. 40] by an individual, Ms. Roxanne Howard, in the form of a letter. Ms. Howard is the President of the company and is not an attorney. As Tropiholic is not represented

3

by an attorney during its filing, the filing is in clear violation of the Court's rules.

Plaintiff believes a hearing on this motion is not required as it is based on the LR as discussed above, but respectfully entrusts the matter to the Court's discretion.

Accordingly, based on the foregoing reasons and authorities, Plaintiff respectfully requests this motion be granted.

DATED:  Honolulu, Hawaii, September 8, 2022.

    /s/ Leo Shimizu
LEONARD D. DUBOFF
EDWARD T. FU
LEO Y. SHIMIZU

Attorneys for Plaintiff TRENDTEX FABRICS, LTD.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| TRENDTEX FABRICS, LTD.,<br><br>   Plaintiff,<br><br>  v.<br><br>NTKN, INC., a Hawaii corporation; HUNG KY, an individual; SHAKA TIME, INC., a Hawaii corporation; TROPIHOLIC, INC., a Florida corporation<br><br>   Defendants. | Case No. 1:22-cv-00287-LEK-KJM<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

   I hereby certify that on the date indicated below, a true and correct copy of the foregoing document was duly served to the following in the manner indicated below:

| | |
|---|---|
| Tropiholic Inc.<br>8321 SE Royal St.<br>Hobe Sound, FL 33455 | by U.S. Mail |
| Randall Yamamoto, Esq.<br>Yamamoto Kim, LLP<br>700 Bishop Street, Suite 1700<br>Honolulu, Hawaii  96813<br>ryamamoto@ykllp.net<br><br>Attorney for Defendant Shaka Time, Inc., a Hawaii corporation | by CM/ECF |
| Lena Bacani, Esq.<br>Loza & Loza LLP<br>305 North Second Avenue, #127<br>Upland, CA 91786 | by U.S. Mail |

| | |
|---|---|
| lena.bacani@lozaip.com<br><br>Attorney for Defendants NTKN, INC., a Hawaii corporation and SHAKA TIME, INC., a Hawaii corporation | |

DATED: Honolulu, Hawaii, September 8, 2022.

/s/ Leo Shimizu
LEONARD D. DUBOFF
EDWARD T. FU
LEO Y. SHIMIZU

Attorneys for Plaintiff TRENDTEX FABRICS, LTD.