CHONG, NISHIMOTO, SIA, NAKAMURA
 & GOYA, A Limited Liability Law Partnership

JEFFREY H. K. SIA            3029-0
STEVEN L. GOTO               6041-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone No.: (808) 537-6119
Facsimile No. (808) 526-3491
Jeffrey.Sia@hawadvocate.com
Steven.Goto@hawadvocate.com

Attorneys for Counterclaim Defendant
TRENDTEX FABRICS, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRENDTEX FABRICS, LTD., | ) | CIVIL NO. 1:22-CV-00287 LEK/KJM |
| | ) | |
| Plaintiff, | ) | COUNTERCLAIM DEFENDANT |
| vs. | ) | TRENDTEX FABRICS, LTD.'S |
| | ) | JOINDER IN PLAINTIFF'S |
| NTKN, INC., a Hawaii corporation; | ) | DISCOVERY REQUESTS TO |
| HUNG KY, an individual; SHAKA | ) | NTKN, INC. AND HUNG KY; |
| TIME, INC., a Hawaii corporation; | ) | CERTIFICATE OF SERVICE |
| TROPIHOLIC, INC., a Florida | ) | |
| corporation, | ) | |
| Defendants. | ) | |
| NTKN, INC., | ) | |
| Counterclaim | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| TRENDTEX FABRICS, LTD., | ) | |
| | ) | |
| Counterclaim | ) | Trial Date:   March 18, 2024 |
| Defendant, | ) | Trial Judge: Hon. Leslie E. Kobayashi |

#1265208

COUNTERCLAIM DEFENDANT TRENDTEX FABRICS, LTD.'S JOINDER
IN PLAINTIFF'S DISCOVERY REQUESTS TO NTKN, INC.

COMES NOW Counterclaim Defendant TRENDTEX FABRICS, LTD., in the above-captioned matter, and hereby joins in the following discovery requests from Plaintiff TrendTex Fabrics, Ltd. to Defendant and Counterclaim Plaintiff NTKN, Inc., and Hung Ky:

1. PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS NTKN, INC. AND HUNG KY, DATED OCTOBER 17, 2022

2. PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS NTKN, INC. AND HUNG KY DATED FEBRUARY 21, 2023

3. PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS NTKN, INC. AND HUNG KY, DATED MARCH 14, 2023

4. PLAINTIFF'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS NTKN, INC. AND HUNG KY, DATED APRIL 25, 0223

To the extent Defendant and Counterclaim Plaintiff NTKN, Inc,. and Hung Ky have already responded to the foregoing, they need not send a duplicate response to Counterclaim Defendant. However, Counterclaim Defendant **requests a copy of any future responses be sent to its counsel of record, including any future communications** in connection therewith.

DATED: Honolulu, Hawaii, May 1, 2023.

 /s/ Steven L. Goto
JEFFREY H. K. SIA
STEVEN L. GOTO
Attorneys for Counterclaim Defendant
TRENDTEX FABRICS, LTD.

---

COUNTERCLAIM DEFENDANT TRENDTEX FABRICS, LTD.'S JOINDER IN PLAINTIFF'S DISCOVERY REQUESTS TO NTKN, INC AND HUNG KY; Trendtex Fabrics, Ltd. v. NTKN, Inc., et al., Case No. 1:22-cv-00287-LEK-KJM, United States District Court for the District of Hawaii

---

...

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRENDTEX FABRICS, LTD., | ) | CIVIL NO. 1:22-CV-00287 LEK/KJM |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| NTKN, INC., a Hawaii corporation; HUNG KY, an individual; SHAKA TIME, INC., a Hawaii corporation; TROPIHOLIC, INC., a Florida corporation, | ) ) ) ) ) | [Counterclaim Defendant Trendtex Fabrics, Ltd.'s Joinder in Plaintiff's Discovery Requests to NTKN, Inc.] |
| Defendants. | ) | |
| NTKN, INC., | ) | |
| Counterclaim Plaintiff, | ) ) | |
| vs. | ) | |
| | ) | |
| TRENDTEX FABRICS, LTD., | ) | |
| | ) | |
| Counterclaim Defendant, | ) ) | Trial Date:   March 18, 2024  Trial Judge: Hon. Leslie E. Kobayashi |

#1265208

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on the following parties through their respective attorneys through CM/ECF on the date set forth below unless otherwise noted:

To:   **LEONARD D. DUBOFF, ESQ**. (*pro hac vice*)
      **EDWARD T. FU, ESQ**. (*pro hac vice*)
      The DuBoff Law Group, PC
      6665 SW Hampton Street, Suite 200

Portland, Oregon  97223-8357
E-mail:  lduboff@dubofflaw.com
efu@dubofflaw.com

**LEO Y. SHIMIZU, ESQ.**
Go Law Office LLLC
1441 Kapiolani Blvd., Ste. 910
Honolulu, Hawaii  96814
E-Mail:  leo@golaw-hi.com

Attorneys for Plaintiff
TRENDTEX FABRICS, LTD.

**REX Y. FUJICHAKU, ESQ.**
Bronster Fujichaku Robbins
1003 Bishop Street, Suite 2300
Honolulu, Hawaii  96813
E-Mail:  rfujichaku@bfrhawaii.com

**LENA N. BACANI, ESQ.** (*pro hac vice*)
Loza & Loza LLP
305 N. Second Ave., #127
Upland, California  91786
E-Mail:  Lena.bacani@lozaip.com

Attorneys for Defendants HUNG KY and NTKN, INC.
and Counterclaim Plaintiff NTKN, INC.

**RANDALL YAMAMOTO, ESQ**.
Yamamoto Kim, LLP
700 Bishop Street, Suite 1700
Honolulu, Hawaii  96813
E-mail:  ryamamoto@ykllp.net

Attorney for Defendant
SHAKA TIME, INC.

**TROPIHOLIC, INC.**                                              (served by U.S. Mail)
8321 SE Royal Street
Hobe Sound, Florida  33455

DATED: Honolulu, Hawaii, May 1, 2023.

    /s/ Steven L. Goto
JEFFREY H. K. SIA
STEVEN L. GOTO
Attorneys for Counterclaim Defendant
TRENDTEX FABRICS, LTD.

---

CERTIFICATE OF SERVICE [Re: Counterclaim Defendant Trendtex Fabrics, Ltd.'s Joinder in Plaintiff's Discovery Requests to NTKN, Inc. and Hung Ky]; <u>Trendtex Fabrics, Ltd. v. NTKN, Inc., et al.</u>, Case No. 1:22-cv-00287-LEK-KJM, United States District Court for the District of Hawaii

---

3