Leonard D. DuBoff, *Pro Hac Vice*
Edward T. Fu, *Pro Hac Vice*
The DuBoff Law Group, PC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Fax: (503) 868-7228
Email: lduboff@dubofflaw.com
Email: efu@dubofflaw.com

Leo Y. Shimizu     010978
Go Law Office LLLC
1441 Kapiolani Blvd. Ste. 910
Honolulu, HI 96814
Telephone: (808) 679-2049
Facsimile: (808) 425-4717
Email: leo@golaw-hi.com

Attorneys for Plaintiffs
TRENDTEX FABRICS, LTD. and
TRENDTEX HOLDING, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| TRENDTEX FABRICS, LTD., a Hawaii Corporation; and TRENDTEX HOLDING, LLC, a Hawaii limited liability company;<br><br>      Plaintiff,<br><br>  vs.<br><br>NTKN, INC., a Hawaii corporation; HUNG KY, an individual; SHAKA TIME, INC., a Hawaii corporation; LEILANI'S ATTIC, INC., a California corporation; and HAWAII HANGOVER, LLC, a Missouri limited liability company; MARK MADL, an | Case No. 1:22-cv-00287-MWJS-KJM<br><br>PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Trial Judge: Hon. Micah W.J. Smith<br>Trial Date: July 29, 2024 |

individual D/B/A CITIES FASHION;
Defendants.

NTKN, INC., a Hawaii
corporation,

     Counterclaim Plaintiff,

      vs.

TRENDTEX FABRICS, LTD., a Hawaii
corporation,

     Counterclaim Defendant.

Plaintiffs TRENDTEX FABRICS, LTD. and TRENDTEX HOLDING, LLC (collectively, "Plaintiffs"), by and through their attorneys The DuBoff Law Group, P.C. and Go Law Office, LLLC, hereby respectfully move the Court for an order granting partial summary judgment as to the First, Second, Third, Fourth, Fifth, Sixth, Eleventh, Thirteen, Fourteenth, Fifteenth, Seventeenth, and Twenty-Second Claims for Relief from Plaintiffs' Second Amended Complaint. Plaintiffs bring this motion because there is no probative evidence to dispute that (1) the textile print surface designs in question are original works of art owned by Plaintiffs and (2) Defendants have infringed those copyrights by selling garments displaying those designs in colorways not obtained from Plaintiffs.

This Motion is made pursuant to Fed. R. Civ. P. 7(b) and 56 and is supported by the Memorandum in Support, the Concise Statement of Facts, the Declaration of Leonard D. DuBoff, the Declaration of Dwight Hamai, the

Declaration of Carlos Benitez, the Declaration of Deborah Young, the Exhibits

attached thereto, and the records and files herein.

      RESPECTFULLY SUBMITTED this 1st day of March 2024.

/s/ Leonard D. DuBoff
Leonard D. DuBoff, *Pro Hac Vice*
Edward T. Fu, *Pro Hac Vice*
The DuBoff Law Group, PC
6665 SW Hampton Street, Suite 200
Portland, OR 97223-8357
Email: lduboff@dubofflaw.com
Email: efu@dubofflaw.com
Telephone: (503) 968-8111

Leo Y. Shimizu
Go Law Office LLLC
1441 Kapiolani Blvd. Ste. 910
Honolulu, HI 96814
Telephone: (808) 679-2049
Facsimile: (808) 425-4717
Email: leo@golaw-hi.com

Attorneys for Plaintiffs