Leonard D. DuBoff, *Pro Hac Vice*
Edward T. Fu, *Pro Hac Vice*
The DuBoff Law Group, PC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Fax: (503) 868-7228
Email: lduboff@dubofflaw.com
Email: efu@dubofflaw.com

Leo Y. Shimizu      010978
Go Law Office LLLC
1441 Kapiolani Blvd. Ste. 910
Honolulu, HI 96814
Telephone: (808) 679-2049
Facsimile: (808) 425-4717
Email: leo@golaw-hi.com

Attorneys for Plaintiffs
TRENDTEX FABRICS, LTD. and
TRENDTEX HOLDING, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| TRENDTEX FABRICS, LTD., a Hawaii Corporation; and TRENDTEX HOLDING, LLC, a Hawaii limited liability company;<br><br>       Plaintiff,<br><br>  vs.<br><br>NTKN, INC., a Hawaii corporation; HUNG KY, an individual; SHAKA TIME, INC., a Hawaii corporation; LEILANI'S ATTIC, INC., a California corporation; and HAWAII HANGOVER, LLC, a Missouri limited liability company; MARK MADL, an | Case No. 1:22-cv-00287-MWJS-KJM<br><br>DECLARATION OF DWIGHT HAMAI IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |

DECLARATION OF DWIGHT HAMAI - 1

|  |
| --- |
| individual D/B/A CITIES FASHION; Defendants. |
| NTKN, INC., a Hawaii corporation, |
| Counterclaim Plaintiff, |
| vs. |
| TRENDTEX FABRICS, LTD., a Hawaii corporation, |
| Counterclaim Defendant. |

I, Dwight Hamai, declare as follows:

1.    I am the founder of Trendtex Fabrics, Ltd. and Trendtex Holding, LLC.

2.    Trendtex Fabrics Ltd. ("Trendtex Fabrics") is a fabric seller in Honolulu that owns the copyrights to numerous textile print surface designs and sells fabrics printed with those designs. Trendtex has been engaged in the selling of printed fabrics since 1984.

3.    Trendtex Fabrics' registered copyright portfolio includes 518 registrations, some of which are compilations containing multiple designs, that were included as part of Trendtex Fabrics' 2015 acquisition of another fabric seller, HawaiiPrint, Inc. ("HawaiiPrint"). As part of HawaiiPrint's windup and integration into Trendtex, HawaiiPrint was renamed HPIEnd, Inc. ("HPI End") before assigning all of its copyrights to Trendtex on October 1, 2018, and effective May 14, 2015. The assignments were recorded by the United States

DECLARATION OF DWIGHT HAMAI - 2

Register of Copyrights on January 8, 2019. A true and correct copy of the copyright assignments to Trendtex is attached as Exhibit 3. A true and correct copy of the recordation of the assignment is attached as Exhibit 4.

4.      Attached hereto as Exhibit 5 is a true and correct copy of Copyright Registration No. VAu 1-104-076, effective May 22, 2012, for HawaiiPrint's Spring 2010 collection, which includes the 73142 and 73138 surface designs, together with relevant excerpts from the application for registration. These copyrights were assigned to Trendtex Fabrics as described in Paragraph 3 above and assigned again to Trendtex Holding, LLC on April 21, 2023.

5.      Attached hereto as Exhibit 6 is a true and correct copy of Copyright Registration No. VAu 1-104-023, effective June 6, 2012, for HawaiiPrint's Fall 2011 collection, which includes the 73469 surface design, together with relevant excepts from the application for registration. This copyright was assigned to Trendtex Fabrics as described in Paragraph 3 above and assigned again to Trendtex Holding, LLC on November 21, 2022.

6.      Attached hereto as Exhibit 7 is a true and correct copy of Copyright Registration No. VAu 1-104-025, effective June 6, 2012, for HawaiiPrint's Spring 2012 collection, which includes the 73571 surface design, together with relevant excerpts from the application for registration. This copyright was assigned to

DECLARATION OF DWIGHT HAMAI - 3

Trendtex Fabrics as described in Paragraph 3 above and assigned again to

Trendtex Holding, LLC on April 28, 2023.

7.     Attached hereto as Exhibit 8 is a true and correct copy of Copyright

Registration No. VAu 1-107-464, effective September 5, 2012, for HawaiiPrint's

Summer 2012 collection, which includes the 73614 and 73627 surface designs,

together with relevant excerpts from the application for registration. These

copyrights were assigned to Trendtex Fabrics as described in Paragraph 3 above

and assigned again to Trendtex Holding, LLC on April 28, 2023.

8.     Attached hereto as Exhibit 9 is a true and correct copy of Copyright

Registration No. VAu 1-190-261, effective November 10, 2014, for HawaiiPrint's

Winter 2012 collection, which includes the 4319B surface design, together with

relevant excerpts from the application for registration. This copyright was

assigned to Trendtex Fabrics as described in Paragraph 3 above and assigned

again to Trendtex Holding, LLC on April 21, 2023.

9.     Attached hereto as Exhibit 10 is a true and correct copy of Copyright

Registration No. VAu 554-340, effective March 7, 2002, for the Eichi Hosomi

January 2002 collection, which includes Trendtex Fabrics' EH-20129 surface

design, together with relevant excerpts from the application for registration. This

copyright was assigned to Trendtex Holding, LLC on April 28, 2023.

DECLARATION OF DWIGHT HAMAI - 4

10.     Attached hereto as Exhibit 11 is a true and correct copy of Copyright

Registration No. VAu 1-104-074, effective May 22, 2012, for HawaiiPrint's Fall

2010 collection, which includes the 73269 surface design, together with relevant

excerpts from the application for registration. This copyright was assigned to

Trendtex Fabrics as described in Paragraph 3 above and assigned again to

Trendtex Holding, LLC on April 21, 2023.

11.     Attached hereto as Exhibit 12 is a true and correct copy of Copyright

Registration No. VA 565-372, effective July 22, 2002, for the Eichi Hosomi June

2002 collection, which includes Trendtex Fabrics' EH-2E13B surface design,

together with relevant excerpts from the application for registration. This

copyright was assigned to Trendtex Holding, LLC on January 6, 2023.

12.     Attached hereto as Exhibit 13 is a true and correct copy of Copyright

Registration No. VAu 1-185-736, effective September 24, 2014, for HawaiiPrint's

Fall 2012 collection, which includes the 03780 surface design, together with

relevant excerpts from the application for registration. This copyright was

assigned to Trendtex Fabrics as described in Paragraph 3 above and assigned

again to Trendtex Holding, LLC on April 21, 2023.

13.     Attached hereto as Exhibit 14 is a true and correct copy of Copyright

Registration No. VAu 497-009, effective July 3, 2000, for Trendtex Fabrics'

March 2000 collection, which includes the EH-2M59 surface design, together

DECLARATION OF DWIGHT HAMAI - 5

with relevant excerpts from the application for registration. This copyright was assigned to Trendtex Holding, LLC on April 28, 2023.

14.    Beginning in the fall of 2022, Trendtex Fabrics began assigning its copyright portfolio, including all of the copyrights at issue in this action, to a new entity named Trendtex Holding, LLC ("Trendtex Holding"). The copyright assignments include the right to sue for past, present, and future infringements. Trendtex Holding then exclusively licensed the designs back to Trendtex Fabrics so it could continue selling fabrics to garment makers as before.

15.    Most designs are available in a variety of background colors, and customers often order a design in multiple colors simultaneously.

16.    Trendtex Fabrics' customers are free to manufacture garments and other finished merchandise from purchased fabrics, but they are not given the right to commission their own re-printings of the fabrics. It is also uncommon for customers to re-sell their uncut fabrics.

17.    Trendtex Fabrics previously sold some of its fabric displaying some of its copyrighted surface designs to Ky's International Fashion, Inc. Those sales included:

   a. Three orders for the EH-20129 surface design in black, navy, and
      blue colorways. A true and correct copy of a report generated from
      Trendtex Fabrics' records summarizing the EH-20129 sales is

DECLARATION OF DWIGHT HAMAI - 6

attached hereto as Exhibit 15. Images of the colorways sold are displayed below.



b. Seven orders for the EH-2E13B surface design in blue, maize, grey, and white colorways. A true and correct copy of a report generated from Trendtex Fabrics' records summarizing the EH-2E13B sales is attached hereto as Exhibit 16. Images of the colorways sold are displayed below.



c. Three orders for the EH-2M59R surface design, in red, black, teal, and orange colorways. A true and correct copy of a report generated from Trendtex Fabrics' records summarizing the EH-2M59 sales is

DECLARATION OF DWIGHT HAMAI - 7

attached hereto as Exhibit 17. Images of the colorways sold are displayed below.



18.     Apart from the information kept in Trendtex's own database, documentation of Trendtex Fabrics' sales consists of an initial handwritten sales ticket issued to the customer or a customer order confirmation sheet; a purchase order submitted to the printer detailing the requested quantities, colors, and any other special requests; and an invoice provided to the customer upon final delivery. Due to the time required to print and ship the fabric, invoices were typically dated several months after the initial order date.

19.     Trendtex Fabrics has not sold any fabrics with any of the surface designs referenced in Paragraph 17 to any other customers. The one possible exception is a 2001 sale of EH-2E13 to another garment maker, Aloha Republic.

DECLARATION OF DWIGHT HAMAI - 8

However, EH-2E13 was sold in a different material than EH-2E13B and was a distinguishable design, such as different shading and leaf shapes and a lack of surfboards, as shown in the comparison below.



20.     Prior to its acquisition by Trendtex Fabrics, HawaiiPrint also sold fabric displaying some of its copyrighted designs to Ky's International Fashion, Inc. Trendtex Fabrics obtained HawaiiPrint's sales records when it acquired HawaiiPrint. Those sales included:

    a.  One order for the 73142 surface design in black, sage, and white colorways, all printed on rayon poplin. A true and correct copy of HawaiiPrint's re-exported invoice from that sale is attached hereto as Exhibit 18. Images of the colorways sold are displayed below.

DECLARATION OF DWIGHT HAMAI - 9



Genuine Original          Genuine Original          Genuine Original
Color: Black              Color: Sage               Color: White

b. One order the 73469 surface design in red, orange, and blue

colorways, all printed on cotton poplin. A true and correct copy of

HawaiiPrint's re-exported invoice from that sale is attached hereto as

Exhibit 19. Images of the colorways sold are displayed below.



Genuine Original          Genuine Original          Genuine Original
Color: Blue               Color: Orange             Color: Red

c. Two orders for the 73571 surface design in white, burgundy, and

black colorways, all printed on cotton poplin. True and correct copies

of HawaiiPrint's re-exported invoices from those sales are attached

DECLARATION OF DWIGHT HAMAI - 10

hereto as Exhibit 20. Images of the colorways sold are displayed below.

  

Genuine Original
Color: Black

Genuine Original
Color: Burgundy

Genuine Original
Color: White

d. Three orders for the 73614 surface design in black/red and white/red colorways, all printed on cotton poplin. True and correct copies of HawaiiPrint's re-exported invoices from those sales are attached hereto as Exhibit 21. Images of the colorways sold are displayed below.

DECLARATION OF DWIGHT HAMAI - 11

 



Genuine Original
Color: Black/Red

Genuine Original
Color: White/Red

e. Two orders for the 73627 surface design in navy, white/white, and
black colorways, all printed on cotton poplin. True and correct copies
of HawaiiPrint's re-exported invoices from those sales are attached
hereto as Exhibit 22. Images of the colorways sold are displayed
below.

  



Genuine Original
Color: Black

Genuine Original
Color: Navy

Genuine Original
Color: White

DECLARATION OF DWIGHT HAMAI - 12

f. One order for the 4319B surface design in navy, green, and orange colorways, all printed on cotton poplin. A true and correct copy of HawaiiPrint's re-exported invoice from that sale is attached hereto as Exhibit 23. Images of the colorways sold are displayed below.



g. Four orders for the 73269 surface design in white, yellow, and black colorways, all printed on cotton poplin. True and correct copies of HawaiiPrint's re-exported invoices from those sales are attached hereto as Exhibit 24. Images of the colorways sold are displayed below.



h. One order for the 03780 surface design in navy, sage, and white

colorways, all printed on cotton poplin. A true and correct copy of

HawaiiPrint's re-exported invoice from that sale is attached hereto as

Exhibit 25. Images of the colorways sold are displayed below.



i. One order for the 73138 surface design in black, white, and wine

colorways, all printed on rayon poplin. A true and correct copy of

DECLARATION OF DWIGHT HAMAI - 14

HawaiiPrint's re-exported invoice from that sale is attached hereto as Exhibit 26. Images of the colorways sold are displayed below.



21.    HawaiiPrint did not sell fabrics with any of the surface designs referenced in Paragraph 20 to any other customers prior to its acquisition by Trendtex Fabrics. Trendtex also has not sold fabrics with any of the surfaced designs reference in Paragraph 01 to any customer after its acquisition of HawaiiPrint.

22.    Beginning in October 2021, Trendtex discovered that NTKN-branded garments were being sold online that appeared to be made from unauthorized reproductions of fabrics that the Ky's Corporation had previously purchased from HawaiiPrint and Trendtex Fabrics. We specifically suspected that these garments were made from reproduced fabric because they were either in colorways or

DECLARATION OF DWIGHT HAMAI - 15

material that had never been sold by Trendtex Fabrics or HawaiiPrint, or had engraving differences from Trendtex's original printings.

23.     Trendtex and HawaiiPrint both kept samples of each colorway from each fabric printing. These samples, called "hanger samples" are shown to customers as previews before the purchased fabrics are shipped from the printer, who was typically located in Asia. The fabrics are then shipped only if the customer approves the results as they appear on the hanger samples.

24.     Below is an image of the 73142 hanger samples next to a physical specimen of NTKN's blue 821 shirt that Trendtex obtained and Defendant Hung Ky positively identified at his deposition.



25.     Below is an image of the 73469 hanger samples next to a physical specimen of NTKN's turquoise 493 shirt that Trendtex obtained and Defendant Hung Ky positively identified at his deposition.



26.     Below is an image of the 73571 hanger samples next to a physical specimen of NTKN's green 499 shirt that Trendtex obtained and Defendant Hung Ky positively identified at his deposition.



27.     Below is an image of the 73614 hanger samples next to a physical specimen of NTKN's turquoise 477 shirt that Trendtex obtained and Defendant Hung Ky positively identified at his deposition.

DECLARATION OF DWIGHT HAMAI - 17



28.     Below is an image of the 73627 hanger samples next to a physical specimen of NTKN's green 492 shirt that Trendtex obtained and Defendant Hung Ky positively identified at his deposition.



29.     Below is an image of the 4319B hanger samples next to a physical specimen of NTKN's turquoise 504 shirt that Trendtex obtained and Defendant Hung Ky positively identified at his deposition.

DECLARATION OF DWIGHT HAMAI - 18



30.    Below is an image of the EH-20129 hanger samples next to a physical specimen of NTKN's red 538 shirt that Trendtex obtained and Defendant Hung Ky positively identified at his deposition.



31.    Below is an image of the 73269 hanger samples next to a physical specimen of NTKN's purple 825 dress that Trendtex obtained and Defendant Hung Ky positively identified at his deposition.

DECLARATION OF DWIGHT HAMAI - 19



32.     Below are images of the EH-2E13B hanger samples next to a physical specimen of NTKN's green 358 shirt that Trendtex obtained and Defendant Hung Ky positively identified at his deposition.

 

DECLARATION OF DWIGHT HAMAI - 20

33.     Below is an image of the 03780 hanger samples next to a physical

specimen of NTKN's black 503 shirt that Trendtex obtained and Defendant Hung

Ky positively identified at his deposition.



34.     Below is an image of the EH-2M59 hanger samples next to a

physical specimen of NTKN's pink 342 dress that Trendtex obtained and

Defendant Hung Ky positively identified at his deposition. The dress was acquired

from Leilani's Attic. At the time of purchase, Leilani's Attic informed buyers that

all orders for Ky's International-branded garments would be made to order and

shipped directly by NTKN.

DECLARATION OF DWIGHT HAMAI - 21



35.   Below is an image of the 73138 hanger samples.



/ / /

/ / /

/ / /

DECLARATION OF DWIGHT HAMAI - 22

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on February ___, 2024 in Honolulu, Hawaii.

Dwight Hamai

DECLARATION OF DWIGHT HAMAI - 23